numerous violations of the Code of Professional Responsibility and poses a substantial threat of serious harm to the public. Respondent did not file a response to the motion.

Upon consideration thereof, it is ordered by this court that the motion be, and hereby is, denied.

IT IS FURTHER ORDERED, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, sua sponte, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), and that publication be made as provided for in Gov.Bar R. V(8)(D)(2).

DOUGLAS, COOK and LUNDBERG STRATTON, JJ., dissent.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1553. State ex rel. Lampley v. GM Assembly Div.–GMC.**
Franklin App. No. 01AP–1230, 2002-Ohio-3888.

**2002–1626. State ex rel. Blanton v. Indus. Comm.**
Franklin App. No. 01AP–1197, 2002-Ohio-4037.

**2002–1676. State ex rel. DaimlerChrysler Corp. v. Indus. Comm.**
Franklin App. No. 01AP–1354, 2002-Ohio-4309.

[Cite as *10/25/2002 Case Announcements,* 2002-Ohio-5799.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 25, 2002*

## MOTION AND PROCEDURAL RULINGS

**2001–0625. In re Ray.**
Hamilton App. Nos. C–000436 and C–000437. This cause came on for further consideration upon the motion for leave of amici curiae the General Assembly of the state of Ohio et al. to file a memorandum in opposition to appellants' motion for reconsideration under S.Ct.Prac.R. XI. Upon consideration thereof,

IT IS ORDERED by the court that the motion for leave to file a memorandum in opposition to appellants' motion for reconsideration be, and hereby is, granted.